AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM K. ARMSTRONG<br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-MJ-7084<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **3/18/18-6/10/2020** in the county of **Champaign** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(1) and (b)(1) | Trafficking Child Pornography |
| 18 U.S.C. 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of Investigator Dwayne Roelfs

☒ Continued on the attached sheet.

s/Dwayne Roelfs

*Complainant's signature*

Investigator Dwayne Roelfs, CCSO

*Printed name and title*

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by <u>electronic mail and telephone</u>.

Date: 06/12/2020

s/Eric I Long

*Judge's signature*

City and state: Urbana, IL

Eric I. Long, Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Dwayne Roelfs, being duly sworn, depose and state:

1. I am a Deputy Sheriff, with the Champaign County Sheriff's Office, assigned to the Criminal Investigations Division. I have been employed as an Investigator at the Champaign County Sheriff's Office for over twenty-five years. As part of my daily duties as an Investigator, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of state and federal laws, 18 U.S.C. §§ 2251, 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants, many of which involved child exploitation and/or child pornography offenses.

2. This Affidavit is made in support of a criminal complaint alleging that **William K. Armstrong,** a white male born in April, 1995 possessed visual depictions of minors engaged in sexually explicit conduct (as defined in 18 U.S.C. § 2256) ("child pornography") in violation of Title 18, United States Code, Sections 2252 and 2252A.

3. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and based on my conversations with

other law enforcement officers involved in this investigation.

4. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that Armstrong committed the violation contained herein. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## STATUTORY AUTHORITY

5. As noted above, this investigation concerns alleged violations of the following:

   a. **Trafficking Child Pornography:** Title 18, United States Code, Sections 2252A(a)(1) and (b)(1) prohibit a person from knowingly mailing, or transporting or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography, as defined in 18 U.S.C. § 2256(8), or attempting or conspiring to do so.

   b. **Possession of Child Pornography:** Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) prohibit a person from knowingly possessing or knowingly accessing with intent to view, or attempting or conspiring to do so, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PROBABLE CAUSE

6. On April 13, 2020, Investigator Roelfs received a CyberTip referral regarding the possession of child pornography. CyberTips are routinely distributed from the Illinois Attorney General's Office, Internet Crimes Against Children (ICAC) division. In this CyberTip the ICAC referral originated with the National Center for Missing and Exploited Children (NCMEC). Dropbox Inc. self-reported to NCMEC that one of their users had violated terms of service and was possessing content believed to be movies of child pornography. Dropbox reported that their user's account, contained four .avi digital movie files comprised of a combination of prepubescent and pubescent aged minors depicted in "Sex Acts" and "Lascivious Exhibition." Dropbox reported that a suspect accessed the Dropbox account and the four digital .avi child pornography movie files on 03/18/2018 at 21:44 hrs (GMT). The four digital .avi file names are:

   a. Anya-Varia MVI0365 2010.avi
   b. Anya-Varia MVI0366.avi
   c. Anya-Varia ba 2010.avi
   d. Anya-Varia after 2010.avi

7. The four movie files contained the same two unidentified victims and adult male suspect. The movie file clips are a few minutes in duration. The movie file clips have audio and the subjects are speaking in a foreign language. The subjects in the videos can be seen doing the following acts:

a. The two minors/victims, one approximately 7-9 years old and the other approximately 12-15 years old, standing together naked in what appears to be a bedroom. The two girls acknowledge the video camera and begin helping the other girl put on her panties. This action is then reciprocated by the other child. There is a sexualized tone included with the behavior of one girl putting on the panties of the other girl. The nude genital areas of the girls are prominent during the video.

b. The same two minors/victims are standing in a bathtub with the youngest using a razor and simulating herself shaving her face. The young girl has what appears to be shaving crème on her face. The nude genital areas of the girls are prominent during the video.

c. There is an older aged minor girl wearing a black colored bra and nothing else. There is also an adult white male subject wearing a white t-shirt with three stripes on sleeve and nothing else. The adult male is holding the girl with her front facing the camera and her legs spread apart exposing her vagina. The adult male then spins the girl around while simultaneously approaching the video camera. The adult male positions the girl's vagina directly in front of the video recorder to allow an extremely close up recording of her vagina. The adult male's penis is also visible in this movie file.

d. The same two minors/victims appear to be naked and are sitting submerged in a bathtub filled with water. An adult naked male can be

4

heard talking in a foreign language before stepping into the bathtub with the girls. The adult male then places his left hand down into the water between the legs of the youngest girl. This action suggests that the adult male was touching the youngest girl's vagina. The adult male then leans his back against the front of the older girl and has the younger girl use her right hand to touch/fondle his penis.

8. I determined that the IP address, 2604:2d80:a782:8300:cdd:8e04:8803:6386, was assigned to the Internet Service Provider: Mediacom Communications Corp., One Mediacom Way, Mediacom Park, NY, 10918. On April 24, 2020, I sent a State of Illinois Subpoena Duces Tecum to Mediacom for the IP records maintained by Mediacom, who holds the registration on the IP address, 2604:2d80:a782:8300:cdd:8e04:8803:6386, requesting subscriber information for the user of that IP address on the date and time that the suspect account was last accessed.

9. On May 8, 2020, Mediacom provided the results from the Subpoena Duces Tecum. The results stated that IP address 2604:2d80:a782:8300:cdd:8e04:8803:6386, was assigned to subscriber N.M., at an apartment on the 1100 block of Falcon Dr, in, Rantoul, Illinois, in the Central District of Illinois. Mediacom further noted that the account was currently "active," as of the date of the return (5/08/2020).

10. On April 28, 2020, based on information contained in the NCMEC CyberTip, I prepared a search warrant to be served to Dropbox Inc. The affidavit for this search warrant was presented in the State of Illinois Circuit Court of the

5

Sixth Judicial Circuit, Champaign County, filed under docket number 20-MR-359. The Honorable Judge Thomas Difanis reviewed the affidavit and signed the search warrant directing that Dropbox Inc. provide all stored files and relevant information related to the suspect Dropbox account in the cybertip for the time period March 18, 2018 through present. I served the signed search warrant to Dropbox Inc and on June 2, 2020, I received Dropbox Inc's response to the search warrant. I started a cursory review of the media stored in the Dropbox account and noted multiple videos files depicting minors engaged in sexually explicit conduct, including prepubescent minors subjected to penetrative sexual abuse.

11. On May 1, 2020, I received another NCMEC CyberTip that stated the same suspect Dropbox user had an additional 27 movie/video files containing child pornography. These files were uploaded to Dropbox servers on or about October 24, 2019. The IP address for the suspect Dropbox login for this second CyberTip is the same IP address that was listed on the first CyberTip report, with this IP address resolving through Mediacom and being assigned to N.M. at the same residence on Falcon Dr. in Rantoul. I reviewed the 27 files and concluded that they contained child pornography. I selected five of the 27 files with descriptions of the movie files listed below:

    a. VID-20180526-WA0019.mp4 - This movie file is approximately 1 minute and 56 seconds in length. The movie file shows an adult male positioned on his side and behind a young female child, both subjects are naked and are laying on some sort of bed or sheet. There is audio present

in this movie file. The young female appears to be prepubescent at an approximate age of 9-11 years old. The adult male appears to be of Hispanic origin. The adult male appears to be having sexual intercourse with the girl as he is holding her hip with one hand while making pelvic thrusting motions into the girl's buttocks. The recording ends with the camera moving to a different angle showing a close up image of the adult male's penis penetrating the female's vagina while behind her.

    b. VID-20180520 – WA0038.mp4 - This movie file is approximately 39 seconds in length. The movie shows a prepubescent aged white female at an approximate age of 9-11 years old. The female is naked and is posing for the video recording. The female grabs her chest and squeezes herself while dancing around while watching the camera. The female grabs her vagina and then turns around and exposes her buttocks and vagina by using her hands to spread her buttocks apart. There is audio during the video, but no discernable speech or other noises are heard.

    c. VID-20180527-WA0056.mp4 - This movie file is approximately 3 minutes and 11 seconds in length. The movie shows what appears to be a prepubescent aged female toddler at an approximate age of 1-2 years old. The toddler is naked and positioned on her back with her legs open and her vagina being sexually penetrated by a purple colored dildo. An adult white male can be seen holding the dildo. This movie file contains audio and the vibrating sound of the dildo can be heard as it is rubbed around on the

7

toddler's vagina. The adult male then penetrates the toddler's vagina and anus with the dildo. The adult male hands the dildo to the toddler and the toddler begins rubbing it on herself. The adult male then begins to masturbate showing his penis in the camera view.

    d. VID-20180527-WA0066.mp4 - This movie file is approximately 20 seconds in length. The movie shows what appears to be a prepubescent girl at an approximate age of 6-9 years old. The girl is positioned facing an adult male's pelvis. The adult male penis is exposed, and the girl has her hands on the base of the penis while her mouth is covering the penis. The girl appears to have dark colored hair and a yellow colored tank top shirt. The male has a lighter colored shirt and darker colored pants. The movie file then shifts to a different scene that shows an adult white male penis first touching and then penetrating a young white female's vagina. It is unknown if this white male and young white female are the same subjects that first appear in the movie file. There does not appear to be any pubic hair in the young female's vaginal area.

    e. VID-20180527-WA0106.mp4 - This movie file is approximately 1 minute and 55 seconds in length. The movie shows what appears to be a prepubescent boy at an approximate age of 8-10 years old. The boy is positioned on his back with an adult male penis inserted into the boy's anus. The boy is wearing a light-colored t-shirt with some sort of graphics or designs in the shirt. The adult male voice (unknown foreign language)

can be heard intentionally speaking to the boy in a quieter whisper like manner. The boy can be heard speaking (also a foreign language). The boy's face displays a painful wincing look during the sexual assault.

12. On June 10, 2020, law enforcement agents executed a search warrant at the apartment on the 1100 block of Falcon Dr. in Rantoul, Illinois. I knew based on information received from Dropbox that agents would be looking for mobile devices, including the following two devices: a SM-S327VL Samsung phone that used the Dropbox account on 10/23/19 at 1331 hrs UTC and a SM-G975U Samsung phone (linked to Verizon) that used the Dropbox account on 03/14/20 at 0711 hrs UTC.

13. Agents located both of these devices in the residence. During the execution of the warrant, agents identified **William K. Armstrong**, who upon learning of the nature and circumstances of the warrant immediately began to behave in a nervous manner. Agents encountered **Armstrong** in his bedroom, of this three bedroom apartment. Agents located a SM-G975U Samsung phone on **Armstrong's** bed powered on. Agents also located a SM-S327VL Samsung phone in **Armstrong's** bedroom on the floor.

14. Armstrong was transported to the Rantoul police department for further investigation. After being properly advised of his rights, Armstrong stated that approximately one year ago he moved to Rantoul, IL and moved in with N.M. and R.S. Armstrong knew N.M. from Ohio, they met at a food bank there. Armstrong was not added to the lease but became an occupant of the apartment.

15. Armstrong admitted to ownership of the Dropbox account. He said that he set up the account under a random name. Armstrong further admitted that the email address associated with this Dropbox account belonged to him. He created the Dropbox account approximately three years ago, while living in Ohio. Armstrong said that his four roommates did not have access to his Dropbox account and no one else knew about his child pornography files in the Dropbox account.

16. Agents showed Armstrong four sanitized images from the bathtub series images, titled "Anya-Varia," uploaded to Dropbox in March 2018. Armstrong admitted he had seen the fourth image before. He denied seeing the first three images.

17. Agents showed Armstrong sanitized images representing five files uploaded in October 2019 to Dropbox. Armstrong stated he recognized the file depicting a young boy being anally penetrated (File name VID-20180527-WA0106.mp4). He stated that he likely recalled this particular video image because it was of a boy and most of his child pornography depicted girls. Armstrong said that many of the images/videos were from links he would copy from his KIK account. He claimed that the majority of the images/videos he obtained he didn't actually view, and estimated that he viewed about 25 percent of the images/videos in his collection.

18. Armstrong claimed that he was never sexually aroused or gratified by any of the images/videos of depicting child pornography, but he was "morbidly

fascinated" by the images and claimed he had a hoarding problem. Armstrong denied ever masturbating to any of the CP images/videos.

19. Armstrong admitted that the two cell phones that agents seized from his bedroom were his. His current phone is a Samsung Galaxy S10+ model # SM-G975U and he previous phone is a Samsung Luna Pro model # SM-S327VL.

20. A preliminary forensic examination of Armstrong's Samsung Galaxy S10+ confirmed the presence of suspected child pornography videos. A full forensic examination is pending. In addition, during his interview Armstrong confirmed that he saved child pornography on his cell phone in the "Gallery" section of the Android phone.

21. On June 10, 2020 at 14:13 hours, Sgt. Tim McNaught with the Urbana Police Department, and a specially trained digital media analysis expert, performed a File System extraction and an Advanced Logical extraction on the Samsung Galaxy S10+, model SM-G975U bearing IMEI 351751102861724 using Cellebrite UFED. Sgt. McNaught noted the following files of interest:

Name:    *[good] 9 year old jenny full(restored).avi*

Path:    Media/Phone/MEGA/MEGADownloads/[good] 9 year old jenny full(restored).avi

Created:  5/11/2020 20:12

This 16 minute and 53 second video depicts a prepubescent female child performing oral sex on an adult male while the child is bound with a yellow rope

11

at her wrists and legs. A later scene of the video depicts this same female child performing oral sex on male dog.

    Name:          CLL9-Video_(8).mp4
    Path:           Media/Phone/MEGA/MEGADownloads/CLL9 Video_(8).mp4
    Created:       3/15/2020 00:16

This 2 minute and 1 second video depicts a prepubescent female child lying nude on her back with her ankles bound so that her legs are spread wide. An adult male then vaginally and anally penetrates the female child with his penis and eventually ejaculates on her stomach.

    Name:          Rape.avi
    Path:           Media/Phone/MEGA/MEGADownloads/ BIBIGON/BabJ5_3/Rape.avi
    Created:      5/11/2020 20:08

This 18 second video depicts a toddler-aged female child lying nude on her back with her legs spread while an adult male anally penetrates her with his penis.

    Name:    *Maria Bond+Dildo+Facial.mp4*
    Path:     Media/Phone/MEGA/MEGADownloads/top10/jb/New/Maria Bond+Dildo+Facial.mp4
    Created:  3/15/2020 03:04

This 13 minute and 16 second video depicts a prepubescent female child in several different video scenes. In one of the first scenes, the female child's wrists are bound to the ceiling and an adult male digitally penetrates her vagina. In the next scene the female child's legs, arms and torso are bound to what appears to be a bench. An adult male then sits over the female child's face and forces her to perform oral sex. The next scene depicts some sort of small table with an object affixed to the

table and female child sits on the object so that it vaginally penetrates her. The last two scenes depict the female child performing oral sex on the adult male who then ejaculates on the female child's face.

FURTHER AFFIANT SAYETH NAUGHT.

Respectfully submitted,

s/Dwayne Roelfs

Dwayne Roelfs, Investigator
Champaign County Sheriff's Office

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on June 12, 2020.

s/Eric I Long

Eric I. Long, Magistrate Judge
United States District Court